UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JACKIE L. SECREST, | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
|     *vs*. | ) | 1:09-cv-00708-JMS-RLY |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF THE SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
|     *Defendant*. | | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Entry Reviewing the Commissioner's Decision, also issued this day and incorporated by reference here, the Court now enters **FINAL JUDGMENT** in favor of Plaintiff and against Defendant, **VACATES** the decision denying Plaintiff benefits, and **REMANDS** this matter for further proceedings pursuant to 42 U.S.C. § 405(g) (sentence four).[1]

05/21/2010

                                                                Jane Magnus-Stinson
                                                              United States Magistrate Judge
                                                              Southern District of Indiana

**Distribution via CM/ECF only:**

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Joseph W. Shull
jshull@pngusa.net

---

[1] Upon the written consent of the parties, this matter has been assigned to the magistrate judge for all proceedings, including for the entry of judgment, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. Pro. 73. [Dkt. 6.]